UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES,<br>Plaintiff,<br><br>vs.<br><br>DERRICK CAMPBELL,<br>Defendant. | )<br>)<br>)<br>)<br>)    No. 06 CR 451-007<br>)    Honorable Matthew F. Kennelly<br>)    Presiding Judge<br>)<br>)<br>) |

## QUALIFIED PROTECTIVE ORDER

THIS MATTER COMING TO BE HEARD on the Motion of the Defendant, Derrick Campbell, for the entry of a Qualified Protective Order, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED as follows:

1.    The current parties (and their attorneys) and any future parties (and their attorneys) to the above-captioned matter are hereby authorized to receive, subpoena, and transmit "protected health information" (hereinafter referred to as "PHI") pertaining to Sylvester Walker, a.k.a. Michael Walker, Michael Virzint, Earnest Glinsy, Raul Figueroa and Sylvester Broadway to the extent and subject to the conditions outlined herein.

2.    For purposes of this Qualified Protective Order, PHI shall have the same scope and definition as set forth in 45 CFR 160.103 and 160.501. Without limiting the generality of the foregoing, PHI includes, but is not limited to, health information, including demographic information, relating to either (a) the past, present, or future physical or mental condition of an individual, (b) the provision of care to an individual, or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3.    All "covered entities" (as defined by 45 CFR 160.103) are hereby authorized to disclose PHI pertaining to Sylvester Walker, a.k.a. Michael Walker, Michael Virzint, Earnest Glinsy, Raul Figueroa and Sylvester Broadway to all attorneys now of record in this matter or who may become of record in the future of this litigation.

4. The parties and their attorneys shall be permitted to use the PHI of Sylvester Walker, a.k.a. Michael Walker, Michael Virzint, Earnest Glinsy, Raul Figueroa and Sylvester Broadway in any manner that is reasonably connected with the above-captioned litigation. This includes, but is not limited to, disclosures to the parties, their attorneys of record, the attorney's firms (i.e., attorneys, support staff, agents, consultants), experts, consultants, court personnel, court reporters, copy services, trial consultants, jurors, venire members, and other entities involved in the litigation process. This further includes the ability of the parties to take and participate in the taking of the depositions of the treating physicians of Sylvester Walker, a.k.a. Michael Walker, Michael Virzint, Earnest Glinsy, Raul Figueroa and Sylvester Broadway, including but not limited to those physicians who have been involved in the care, treatment and/or evaluation or care of Sylvester Walker, a.k.a. Michael Walker, Michael Virzint, Earnest Glinsy, Raul Figueroa and Sylvester Broadway, and expressly includes Mercy Hospital.

5. At the conclusion of this litigation (which shall be defined as the point at which final orders disposing of the entire case have been entered or the time at which all trial and appellate proceedings have been exhausted), any person or entity in possession of PHI pertaining to Sylvester Walker, a.k.a. Michael Walker, Michael Virzint, Earnest Glinsy, Raul Figueroa and Sylvester Broadway (other than the person or entity that generated the PHI) shall destroy any and all copies of said PHI in the possession of that person or entity.

6. This order shall not control or limit the use of PHI pertaining to Sylvester Walker, a.k.a. Michael Walker, Michael Virzint, Earnest Glinsy, Raul Figueroa and Sylvester Broadway that comes into the possession of any party or any parties from a source other than a "covered entity," (as that term is defined in 45 CFR 160.103).

Robert Nathan
Attorney for Derrick Campbell
53 West Jackson Boulevard, Suite 1556
Chicago, Illinois 60604
(312) 371-3600

11-13-07

ENTER:

*[signature]*